UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSUE ZAPATA, individually, and on behalf of others similarly situated,

    Plaintiff,

-against-

MV TRANSPORTATION, INC., and MV CONTRACT TRANSPORTATION, INC.,

    Defendants.

18-cv-02719 (JMA) (ARL)

**NOTICE OF**
**VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

**FILED**
**CLERK**

7/16/2018 1:56 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, by and through counsel at JTB Law Group, LLC, hereby voluntarily dismisses the above captioned matter in its entirety against all defendants, with prejudice, inclusive of any claims for attorneys' fees and costs.

Case closed.
SO ORDERED.
/s/ JMA, USDJ
7/16/2018

JTB LAW GROUP, LLC

By: /s Nicholas R. Conlon, Esq.
 Nicholas R. Conlon, Esq.
 Jason T. Brown, Esq.
155 2nd St., Suite 4
Jersey City, NJ 07302
(877) 561-0000
nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com

*Attorney for Plaintiff*